IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17-cr-00383-BCW-1 |
| ) | |
| ASHLEY MARTIN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On May 8, 2018, a hearing as to Defendant Martin's competency was held before Magistrate Judge John T. Maughmer. Defendant appeared in person and represented by counsel, Stephen Moss. Assistant United States Attorney Alison Dunning appeared for the Government. Both parties stipulated to the Forensic Evaluation prepared by Diana Schoeller Hamilton, Psy.D., Forensic Psychologist. In the Forensic Evaluation, Dr. Hamilton opined that defendant Ashley Martin does not appear to suffer from a mental disease or defect rendering her unable to understand the nature and consequences of the proceedings against her or to properly assist in her defense. Therefore, after an independent review of the record and the applicable law, it is hereby

ORDERED that the Court adopts Magistrate Judge John T. Maughmer's Report and Recommendation finding the defendant competent to stand trial and to assist in her defense. It is further

ORDERED that the Magistrate's Report and Recommendation (Doc. #28) be attached to, and made part of, this Order.

IT IS SO ORDERED.

DATED: July 6, 2018          /s/ Brian C. Wimes
                             JUDGE BRIAN C. WIMES
                             UNITED STATES DISTRICT COURT